Mabry v. Dickens.

---

## MABRY *vs.* DICKENS.

[MOTION TO DISMISS SUIT FOR WANT OF SECURITY FOR COSTS.]

1. *When appeal lies.*—An appeal does not lie from an order of the circuit court, overruling a motion to dismiss the suit for want of security for costs.

2. *Jurisdiction by consent.*—Consent of parties, express or implied, cannot confer on the appellate court jurisdiction of a cause in which there is no final judgment to support the appeal.

From the the Circuit Court of Barbour.

Tried before the Hon. S. D. HALE.

IN this case, as the bill of exceptions shows, the defendant moved to dismiss the suit, on the ground that the plaintiff, being a non-resident, had not given security for the costs. The court overruled the motion, and the defendant excepted; and he now assigns the ruling of the court as error.

L. L. CATO, for the defendant.

PUGH & BULLOCK, *contra.*

STONE, J.—In this case, no appeal has been taken to this court; nor has a final judgment been rendered in the court below, from which an appeal could be taken. While the joinder in error may, under the authority of Thompson v. Lea, 28 Ala. 453, operate a waiver of the want of an appeal, the parties cannot waive a final judgment, and, by consent, give this court jurisdiction of the case.—Code, § 3016. Appeal dismissed.